HARRY G. CLORE v. IRA S. DREBACH, *et al.*

150 So. 135.
Division B.
Opinion Filed Sept. 12, 1933.
Rehearing Denied Oct. 3, 1933.

*Elbert B. Griffis,* for Appellant;

*C. L. Chancy* and *Rogers & Norris,* for Appellee.

PER CURIAM.—The appeal is from an order dismissing a bill of complaint by which it was sought to re-establish a lost negotiable note and to have a personal decree against the defendants for the amount of the debt to be evidenced by the re-established note.

The order appealed from should be affirmed on authority of the opinion and judgment in the case of Burleson, *et ux.,* v. Jesse French & Sons Piano Co., 90 Fla. 16, 104 Sou. 860, and cases there cited.

It is so ordered.

Affirmed.

DAVIS, C. J., WHITFIELD, ELLIS, TERRELL, BROWN and BUFORD, J. J., concur.